**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Case No.: 11−43070 − NCD
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Karl Lee Walz
aka Lee Andrew Walz, aka Lee A. Walz,
aka Karl Lee Andrew Walz, aka Karl
Lee−Andrew Walz, asf Walz Painting &
Wood Finishing Inc

5163 253rd Ave NE
Stacy, MN 55079

Social security/Taxpayer ID/Employer
ID/Other Nos.: xxx−xx−1237

Stephanie Kay Walz

5163 253rd Ave NE
Stacy, MN 55079

Social security/Taxpayer ID/Employer
ID/Other Nos.: xxx−xx−5988

## NOTICE TO FILE CLAIMS

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 11/10/11, or, for governmental units, within 180 days from the date of the Order for Relief or 11/10/11, whichever is later. A proof of claim form is provided on the reverse side of this notice. Claims must be filed with the clerk of bankruptcy court at the address stated below.

Dated: 8/8/11

Lori Vosejpka
Clerk, U.S. Bankruptcy Court
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

BY: heidi
Deputy Clerk

**USE PROOF OF CLAIM FORM INCLUDED WITH THIS NOTICE**

mnbflclm 12/1/2007